part in the consideration or decision of this petition.

No. 10–1262. CHINA TERMINAL & ELECTRIC CORP. ET AL. *v.* WILLEMSEN, PERSONAL REPRESENTATIVE OF THE ESTATE OF WILLEMSEN, ET AL. Sup. Ct. Ore. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *J. McIntyre Machinery, Ltd.* v. *Nicastro,* 564 U. S. 873 (2011).

No. 10–1264. ALLISON, WARDEN *v.* DIAZ. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Harrington* v. *Richter,* 562 U. S. 86 (2011).

No. 10–1405. TYRUES *v.* SHINSEKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Henderson* v. *Shinseki,* 562 U. S. 428 (2011).

No. 10–9437. BUTLER *v.* UNITED STATES. C. A. 9th Cir. Reported below: 405 Fed. Appx. 259; and

No. 10–10334. WILLIAMS *v.* UNITED STATES. C. A. 6th Cir. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Pepper* v. *United States,* 562 U. S. 476 (2011).

No. 10–10233. LEONARDO *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Tapia* v. *United States,* 564 U. S. 319 (2011).

No. 10–10321. SIMMONS *v.* LAMARQUE, WARDEN, ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance